**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADALBERTO MEDRANO-RIOS, | No. 11-72183 |
| Petitioner, | Agency No. A073-894-080 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012**

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Adalberto Medrano-Rios, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We deny in part and

dismiss in part the petition for review.

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his opening brief, Medrano-Rios fails to raise, and therefore waives, any challenge to the BIA's denial of his motion to reopen on the grounds that his notice argument was adjudicated in a prior BIA decision, that his motion to apply for cancellation of removal was untimely, and that cancellation of removal was not available to aliens in deportation proceedings. *See Rizk v. Holder,* 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (a petitioner waives an issue by failing to raise it in the opening brief).

We lack jurisdiction to consider Medrano-Rios' contention that his attorney committed ineffective assistance of counsel, because Medrano-Rios failed to exhaust this claim before the BIA. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) ("We lack jurisdiction to review legal claims not presented in an alien's administrative proceedings before the BIA.").

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**